

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte: Leo Graves

No. 06-14-00043-CR

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2012-372). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the habeas court's order. We affirm the habeas court's order.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 16, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk